UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID LOVELL,

    Plaintiff,

v.

J. KARPE, et al.,

    Defendants.

Case No. 25-cv-05621-SK

**ORDER TO SHOW CAUSE**

An initial Case Management Conference was scheduled in this case on October 6, 2025 at 1:30 p.m. (Dkt. No. 2.) Plaintiff's case management statement was due to be filed by no later than September 29, 2025. Plaintiff failed to file a case management statement. A notice was filed to remind Plaintiff of this obligation but he still failed to file a case management statement. (Dkt. No. 10.) The Court held the Case Management Conference on October 6, 2025, but Plaintiff failed to appear. Therefore, the Court HEREBY ORDERS Plaintiff TO SHOW CAUSE in writing why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff shall file a written response to this Order to Show Cause ("OSC") by no later than October 24, 2025. Plaintiff is admonished that if he fails to respond to this OSC by October 24, 2025, the Court will prepare a report and recommendation to dismiss this case for failure to prosecute and will have this case reassigned to a district judge. The Court will reset the Case Management Conference, if necessary, at a later date.

The Court ADVISES Plaintiff that the district court has produced a guide for *pro se* litigants called Representing Yourself in Federal Court: A Handbook for *Pro Se* Litigants, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. It is available electronically online (https://perma.cc/ANQ4-N2ZT) or in hard copy free of charge from the Clerk's Office. The Court additionally has a website with resources for *pro se*

litigants (https://www.cand.uscourts.gov/pro-se-litigants/).  The Court further advises Plaintiff that he also may wish to seek assistance from the Legal Help Center.  Plaintiff may call the Legal Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: October 7, 2025



SALLIE KIM
United States Magistrate Judge

2