UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID LOVELL,

        Plaintiff,

    v.

J. KARPE, et al.,

        Defendants.

Case No. 25-cv-05621-SK

**ORDER OF DISMISSAL**

On October 7, 2025, the Court issued an Order to Show Cause ("OSC") why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) for failing to file a case management statement and for failing to attend the Case Management Conference held on October 6, 2025. Plaintiff's response to the OSC was due by October 24, 2025. At that time, not all parties had consented. Therefore, the Court admonished Plaintiff that if he failed to respond to the OSC by October 24, 2025, the Court would prepare a report and recommendation for a district judge to dismiss this case for failure to prosecute. All parties have now consented. The Court, thus, has jurisdiction to dismiss this case without reassigning it to a district judge.

Despite the fact that the Court provided Plaintiff with more than sufficient time to file a response to the OSC, Plaintiff has not filed a response. Nor, since this time, has Plaintiff filed any

/ / /

/ / /

/ / /

/ / /

/ / /

document in this case to pursue his claims. Therefore, the Court finds that dismissal for failure to prosecute is warranted. The Court HEREBY DISMISSES this case for failure to prosecute.

**IT IS SO ORDERED**.

Dated: June 4, 2026



SALLIE KIM
United States Magistrate Judge